ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Application Under the Equal Access to Justice Act -- | ) ) ) | |
| 4H Construction Corporation | ) ) | ASBCA Nos. 59977, 60000 |
| Under Contract No. W9127S-12-D-0026 | ) | |

APPEARANCE FOR THE APPELLANT:  S. Leo Arnold, Esq.
    Ashley & Arnold
    Dyersburg, TN

APPEARANCES FOR THE GOVERNMENT:  Michael P. Goodman, Esq.
    Engineer Chief Trial Attorney
    S. DeAnn Lehigh, Esq.
    Michael T. Geiselhart, Esq.
    Engineer Trial Attorneys
    U.S. Army Engineer District, Little Rock

ORDER OF DISMISSAL

Upon receipt of the stipulation of settlement executed by 4H Construction Corporation and the U.S. Army Corps of Engineers, appellant's application for Attorney's Fees, Expert Witness Fees, and Costs has been settled.

The application is dismissed with prejudice.

Dated: September 12, 2019

DONALD E. KINNER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals on an application for fees and other expenses incurred in connection with ASBCA Nos. 59977, 60000, Appeals of 4H Construction Corporation, rendered in accordance with 5 U.S.C. § 504.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2